USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICARDO PEREZ,

                                        Plaintiff,

               -against-

COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant.

-----------------------------------------------------------------X

19-CV-3851 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed this action on April 30, 2019, and Defendant filed the Administrative record in this case on August 19, 2019. The Court granted Plaintiff, who is counseled, an extension of time to file his motion for judgment on the pleadings until January 16, 2020. Plaintiff has not filed his motion or alternatively requested additional time to do so.

Plaintiff is ordered to file a letter by no later than Tuesday, February 11, 2020, updating the Court as to the status of this matter. The letter should include a brief statement as to whether Plaintiff intends to move for judgment on the pleadings, and should discuss why the Court should not act within its power to dismiss this case for failure to prosecute under Rule 41(b). Failure to submit a letter by the deadline above may result in dismissal of the case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 4, 2020
               New York, New York